# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | | |
|---|---|---|
| JOHN STAPAS, | : | No. 123 WAL 2017 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal from |
| | : | the Order of the Superior Court |
| v. | : | |
| | : | |
| | : | |
| GIANT EAGLE, INC., A PENNSYLVANIA | : | |
| ENTITY; GIANT EAGLE, INC., T/D/B/A | : | |
| GETGO FROM GIANT EAGLE,A | : | |
| PENNSYLVANIA ENTITY; GIANT EAGLE | : | |
| INC., T/D/B/A SOUTHSIDE GETGO, A | : | |
| PENNSYLVANIA ENTITY; NADEEN | : | |
| MCSHANE, AN INDIVIDUAL; GETGO | : | |
| PARTNERS SOUTH, A PENNSYLVANIA | : | |
| ENTITY; GETGO PARTNERS SOUTH- | : | |
| MARYLAND, LLC, A PENNSYLVANIA | : | |
| ENTITY; AND GETGO HOLDINGS, LLP, | : | |
| A PENNSYLVANIA ENTITY, | : | |
| | : | |
| Respondents | : | |

## ORDER

**PER CURIAM**

**AND NOW**, this 26th day of September, 2017, the Petition for Allowance of Appeal is **GRANTED** The issues, as stated by Petitioner, are:

a. Does the Superior Court's decision to reverse the trial court's finding of waiver, despite Giant Eagle's failure to object to flawed jury instructions, flawed verdict slip and/or the problematic verdict, all of which contributed to the error complained of on appeal, conflict with this Court's holding in *Straub v. Cherne Indus.*, 583 Pa. 608, 880 A.2d 561 (2005), a case not considered by the Superior Court?

b.	Does the Superior Court's decision to excuse Giant Eagle's failures to object to flawed jury instructions, flawed verdict slip and/or a problematic verdict, merely because the appeal is styled as a "challenge to the weight of the evidence," conflict with the timely objection requirement of *Dilliplaine v. Lehigh Valley Trust Co.*, 457 Pa. 255, 322 A.2d 114 (1974)?